FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR 16  AM 11: 38

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRANNON J. WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-015 |
| | ) | |
| CHEROKEE INSURANCE COMPANY; SATTERFIELD LOGISTICS, INC.; and JAMES DELOZIER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Defendants' request for additional time to provide evidence, (doc. no. 13), **REMANDS** this case to the State Court of Richmond County, State of Georgia, Civil Action File Number 2019RCSC01214, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 16th day of April, 2020, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA