AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
### *Southern District of Georgia*

BRANNON J. WALKER,

        Plaintiff,

## JUDGMENT IN A CIVIL CASE

        **V.**

CASE NUMBER: CV 120-015

CHEROKEE INSURANCE COMPANY;
SATTERFIELD LOGISTICS, INC.; and JAMES
DELOZIER,

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated April 16, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is REMANDED back to the State Court of Richmond County, Georgia (Civil Action File Number 2019RCSC01214) for lack of subject-matter jurisdiction. This case stands CLOSED.



04/16/2020
_____
*Date*

John E. Triplett, Acting Clerk
_____
*Clerk*

*Jamie Hodge*
_____
*(By) Deputy Clerk*

GAS Rev 10/1/03